**Ole SAVIOR, Appellant,**

v.

**Susan GAERTNER; John Wodele; Dean Barkley; Jesse Ventura, also known as James George Janos, Appellees.**

No. 02–1194.

United States Court of Appeals, Eighth Circuit.

Submitted Sept. 3, 2002.

Filed Sept. 16, 2002.

Before LOKEN, BYE, and RILEY, Circuit Judges.

PER CURIAM.

Ole Savior appeals the district court's [1] dismissal of his civil action. Having carefully reviewed the record, *see Duffy v. Wolle*, 123 F.3d 1026, 1033 (8th Cir.1997) (de novo review), *cert. denied*, 523 U.S. 1137, 118 S.Ct. 1839, 140 L.Ed.2d 1090 (1998), we agree with the district court that Savior failed to allege how any named defendant violated his constitutional or other federal rights. Further, the court did not abuse its discretion in dismissing without prejudice Savior's pendent state-law claims. *See Labickas v. Ark. State Univ.*, 78 F.3d 333, 334–35 (8th Cir.) (per curiam), *cert. denied*, 519 U.S. 968, 117 S.Ct. 395, 136 L.Ed.2d 310 (1996).

---

**1.** The Honorable Donovan W. Frank, United States District Judge for the District of Minne- sota.

Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47B.